**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Tel: (914) 874-0710
Fax: (914) 206-3656
E-Mail: pfraietta@bursor.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

PERCY RAMOS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

KICKS CREW LLC,

Defendant.

Case No. 4:26-cv-02272-YGR

**REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT AND DECLARATION OF PHILIP L. FRAIETTA IN SUPPORT**

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Percy Ramos respectfully requests that the Clerk of Court enter default against Defendant Kicks Crew LLC for failure to plead or otherwise defend this action.

The Clerk issued a Summons on March 18, 2026. (ECF No. 6). Defendant was properly served with the Summons and Complaint, along with all required case-initiating documents, on March 19, 2026. A Proof of Service was filed with the Court on March 24, 2026. (ECF No. 10). Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant was required to file and serve a responsive pleading within twenty-one (21) days of service. Accordingly, Defendant's deadline to answer or otherwise respond to the Complaint expired on April 9, 2026.

Defendant has failed to file any responsive pleading or otherwise defend this action. The supporting Declaration of Philip L. Fraietta is filed concurrently herewith.

Dated: April 23, 2026

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: _/s/ Philip L. Fraietta_
Philip L. Fraietta

Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Tel: (914) 874-0710
Fax: (914) 206-3656
E-Mail: pfraietta@bursor.com

*Counsel for Plaintiff*

**DECLARATION OF PHILIP L. FRAIETTA**

I, Philip L. Fraietta, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice before this Court. I have personal knowledge of the matters stated herein and could and would competently testify thereto if called as a witness.

2. The Court issued a summons on March 18, 2026. (ECF No. 6).

3. Defendant Kicks Crew LLC, was properly served on March 19, 2026 as reflected in the Proof of Service filed on March 24, 2026. (ECF No. 10).

4. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant was required to plead or otherwise respond to the Complaint within twenty-one (21) days of service, no later than April 9, 2026.

5. Defendant Kicks Crew LLC has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

6. Defendant Kicks Crew LLC is not a minor or an incompetent person.

7. Defendant Kicks Crew LLC is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of April 2026 in White Plains, New York.

*/s/ Philip L. Fraietta*
Philip L. Fraietta